IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ASHLEY FURNITURE INDUSTRIES, INC.,

              Plaintiff,

   v.

LIFESTYLE ENTERPRISE, INC.,

             Defendant.

ORDER

07-cv-230-bbc

---

On February 25, 2008, this court held a recorded telephonic hearing on defendant's motion to compel discovery (dkt. 107). As stated in more detail on the record, I granted the motion in part: plaintiff's president shall make himself available for a telephonic deposition on the sole topic of his company's decision to lower prices on the product lines at issue. Defendant has a limit of 40 minutes to ask questions and obtain answers. Plaintiff's counsel may clarify or follow-up if he wishes, but this would not count against defendant's time. The parties will bear their own costs on this motion.

Entered this 25th day of February, 2008.

BY THE COURT:
/s/
STEPHEN L. CROCKER
Magistrate Judge