IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ASHLEY FURNITURE INDUSTRIES, INC.,

                     Plaintiff,

    v.

LIFESTYLE ENTERPRISE, INC.,

                     Defendant.

ORDER

07-cv-230-lsa

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The above-captioned case has been reassigned to United States District Judge Lynn S. Adelman.

Entered this 17th day of March, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1